| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Greene, John T | 2. Court or Organization<br><br>U.S. District Court- Utah | 3. Date of Report<br><br>04/29/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>350 South Main #447<br>Salt Lake City, UT | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 19 A 11: 52 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John T | 04/29/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SLD | 8/11-13/07 | San Francisco, CA | Annual ABA/SLD Mtg | $300 toward costs |
| 2. | SLD | 10/18-21/07 | Chicago, IL | SLD Fall Council Mtg | $300 toward costs |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John T | 04/29/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John T | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. -Brokerage Account #1 (Prudential) (Dormant Acct) | | | | | | | | | |
| 2. Federated Dept. Stores (Macy's) (see item 64) | A | Dividend | J | T | Transfer | | | | |
| 3. J.C. Penney (delivered) (see item 65) | A | Dividend | J | T | Transfer | | | | |
| 4. Brokerage Account #2 (AG Edwards-acquired by Wachovia) | | | | | | | | | |
| 5. --Money Market | A | Interest | J | T | | | | | |
| 6. --Pepsico, Inc. | A | Dividend | J | T | | | | | |
| 7. --Yum Brands | A | Dividend | J | T | | | | | |
| 8. --Fidelity National Information (formerly Certegy) | A | Dividend | J | T | | | | | |
| 9. --Amer Cap Strategies | A | Dividend | J | T | | | | | |
| 10. IRA #1 (Equitable Life-Equivest) | | | | | | | | | |
| 11. Equitable Life Money Market | A | Interest | J | T | | | | | |
| 12. --Aggressive Stock Fund- Equivest | A | Dividend | J | T | | | | | |
| 13. --Alliance Common Stock | A | Dividend | J | T | | | | | |
| 14. --EQ/Alliance Growth & Income | A | Dividend | J | T | | | | | |
| 15. --EQ/Berstein Diversified | A | Dividend | J | T | | | | | |
| 16. --EQ/Mercury Basic Value | A | Dividend | J | T | | | | | |
| 17. --EQ/ Putnam Growth & Income | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John T | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --EQ/Fi Small/Mid Cap Value | A | Dividend | J | T | | | | | |
| 19. --EQ/Alliance Quality Bond | A | Dividend | J | T | | | | | |
| 20. --EQ/Alliance Monthly Market | A | Dividend | J | T | | | | | |
| 21. IRA #2 (AG Edwards- acquired by Wachovia)(closed) | | | | | | | | | |
| 22. --Centennial Money Market | A | Interest | J | T | Transfer | 12/5 | | | |
| 23. --Dell Computer Stock | A | Dividend | J | T | Sold all | 9/19 | J | A | |
| 24. --Intel Corp. Stock | A | Dividend | J | T | Sold all | 11/9 | J | A | |
| 25. --Lucent Technology Stock | | None | J | T | Sold all | 9/19 | J | A | |
| 26. --Motorola Inc. Stock | A | Dividend | J | T | Sold all | 9/19 | J | A | |
| 27. --Nabors Industries Stock | A | Dividend | J | T | Sold all | 9/19 | J | A | |
| 28. --USX Marathon Stock | A | Dividend | J | T | Sold all | 9/19 | J | A | |
| 29. --Dynegy Inc. | A | Dividend | J | T | Sold all | 9/19 | J | A | |
| 30. IRA #3 Morgan Stanley (formerly with Zions Investments) | | | | | | | | | |
| 31. --Pershing Money Fund | A | Interest | J | T | | | | | |
| 32. --MFS Strategic Income A | A | Dividend | J | T | | | | | |
| 33. --Cisco Systems Stock | A | Dividend | J | T | | | | | |
| 34. --MFS Govt. Securities A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John T | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Eaton Vance World Health Sci A | A | Dividend | J | T | | | | | |
| 36. --Franklin Income A | A | Dividend | J | T | | | | | |
| 37. --Franklin Strategic Inc A | A | Dividend | J | T | | | | | |
| 38. --Franklin Mutual Beacon A | A | Dividend | J | T | | | | | |
| 39. --MFS Research A | A | Dividend | J | T | | | | | |
| 40. --MFS Investors Trust A | A | Dividend | J | T | | | | | |
| 41. --Templeton Growth Fund A | A | Dividend | J | T | | | | | |
| 42. AARP- Tax Free Muni Bond Fund (Scudder Mgt) | A | Dividend | J | T | Sold All | 6/20 | J | A | |
| 43. AARP- Tax Free Money Fund (Scudder Mgt) | A | Dividend | J | T | Sold all | 10/18 | J | A | |
| 44. Brokerage Acct #3 (Morgan Stanley) (JTG) (formerly w/ Zions) | | | | | | | | | |
| 45. --MMF & Bank Deposits | A | Interest | J | T | | | | | |
| 46. --Sun America Tax Exempt Ins A | A | Dividend | J | T | | | | | |
| 47. --Aquila Tx Fr Tr Utah C | A | Interest | J | T | | | | | |
| 48. --DWS Dreman Value Inc Edge Fund | A | Dividend | J | T | | | | | |
| 49. --Alliance Growth & Income A | A | Dividend | J | T | Buy | 5/1 | J | A | |
| 50. --Alliance Global Tech A | A | Dividend | J | T | Sold all | 5/1 | J | A | |
| 51. --Alliance Intl Port A | A | Dividend | J | T | Sold all | 5/1 | J | A | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John T | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Unit Van Kampen LBO series 61 | A | Dividend | J | T | Sold all | 5/1 | J | A | |
| 53. --Unit Van Kampen LBO series 71 | A | Dividend | J | T | Buy | 5/1 | J | A | |
| 54. --Pepco Holdings Stock | A | Dividend | J | T | | | | | |
| 55. Glaxo Welcome- Smith Klein Stock | A | Dividend | J | T | | | | | |
| 56. Hewlitt-Packard | A | Dividend | J | T | | | | | |
| 57. Walgreens | A | Dividend | J | T | | | | | |
| 58. Equifax, Inc. | A | Dividend | J | T | | | | | |
| 59. Exxon Mobil | A | Dividend | J | T | | | | | |
| 60. General Electric | A | Dividend | J | T | | | | | |
| 61. Goodyear Tire & Rubber | A | Dividend | J | T | | | | | |
| 62. Macy's (held by Federated Dept. Stores) | A | Dividend | J | T | | | | | |
| 63. J.C. Penney | A | Dividend | J | T | | | | | |
| 64. J.P. Morgan Chase | A | Dividend | J | T | | | | | |
| 65. U.S. Govt. EE Series Bonds | A | Interest | K | T | Buy Monthly | ea/mo | K | | |
| 66. U.S. Treasury T-Bills | D | Interest | M | T | Buy | | J | | |
| 67. 2-year Tresury Note | A | Interest | J | T | | | | | |
| 68. 10-year Treasury Note | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John T | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Zions First National Bank- MM & Checking | A | Interest | K | T | | | | | |
| 70. Associated Federal Employees Credit Union | A | Interest | J | T | Partial w/d | 11/15 | J | | |
| 71. Beehive Cred. Union | A | Interest | J | T | | | | | |
| 72. Zions Bank Checking ▓▓▓▓ | A | Interest | J | T | | | | | |
| 73. Zions Bank--Internet MM ▓▓▓▓ | B | Interest | K | T | | | | | |
| 74. RDJ Family Trust ▓▓▓ 1/2 owner) | | None | J | T | | | | | |
| 75. Brokerage Acct #4 (Morgan Stanley)▓▓ ▓▓ acct) | | | | | | | | | |
| 76. --Aquila Tx Fr Tr Utah C | A | Interest | J | T | | | | | |
| 77. --Franklin Income C | A | Interest | J | T | | | | | |
| 78. --Franklin Mutual Beacon C | A | Dividend | J | T | | | | | |
| 79. --Templeton Bric C | A | Dividend | J | T | | | | | |
| 80. Brokerage Acct #5 (Morgan Stanley) ▓▓ acct- closed) | | | | | | | | | |
| 81. --Fannie Mae | A | Dividend | J | T | Sold All | 7/6 | J | A | |
| 82. --AIM Charter A | A | Dividend | J | T | Sold All | 7/6 | J | A | |
| 83. --MFS Investors Growth Stk A | A | Dividend | J | T | Sold All | 7/6 | J | A | |
| 84. Zions Bank- Internet MM (JTG) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John T | 04/29/2008 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Due to limited space in the section, only a middle initial of "T" could be added. Please understand that a full middle name of Thomas should be added.

All assets in AG Edwards IRA Acct #2 (item 21) were sold and transferred by the IRA as a charitable gift to the LDS Church. The IRA account was then closed.

All assets in the ▇ Morgan Stanely Account (item 80) have been sold and the account is now closed.

In reference to items 68 and 73, EE Bond interest is not reported until the bonds are sold. No interest was actually received.

In the RDJ Family Trust (item 76), no interest was paid.

Item 83 reflects "sold all" on 7/6. There was also a "partial sale" on 3/16 that is not referenced. Both sales are value code J and gain code A.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  5/12/08

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544